# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV01507-WRW |
| | : | 4:08CV02274 |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | |
| | : | |
| **KATHRYN P. BOLTON** | : | PLAINTIFFS |
| | : | |
| v. | : | |
| | : | |
| **WYETH, INC., et. al.** | : | DEFENDANTS |

## ORDER

Pending is Plaintiffs' Motion for Substitution of Party (Doc. No. 7).

Plaintiff Kathryn P. Bolton died while this case was pending. Movant Herschel L. Bolton, as the Personal Representative of the Estate of Kathryn P. Bolton, deceased, requests to be substituted as plaintiff under Federal Rules of Civil Procedure 25(a)(1).

For good cause shown, the motion is GRANTED. Accordingly, movant Herschel L. Bolton, as the Personal Representative of the Estate of Kathryn P. Bolton, deceased, is substituted as the plaintiff in this case.

IT IS SO ORDERED this 10th day of December, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE